*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters.  Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

# DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 22-BG-460**

IN RE JONATHAN S. RESNICK,

**DDN2021-D64**

An Administratively Suspended Member
of the Bar of the District of Columbia Court of Appeals

**Bar Registration No. 372786**

BEFORE:  Glickman, McLeese, and Howard, Associate Judges.

## O R D E R
(FILED— September 1, 2022)

On consideration of the certified order from the state of Maryland disbarring respondent by consent; this court's July 8, 2022, order suspending respondent and directing him to show cause why reciprocal discipline in the form of disbarment should not be imposed; and the statement of Disciplinary Counsel; and it appearing that respondent has not filed a response or his D.C. Bar R. XI, § 14(g) affidavit, it is

ORDERED that Jonathan S. Resnick is hereby disbarred from the practice of law in the District of Columbia.  *See In re Sibley*, 990 A.2d 483, 487 (D.C. 2010) (explaining that there is a rebuttable presumption in favor of imposition of identical discipline and exceptions to this presumption should be rare); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).  It is

FURTHER ORDERED that for purposes of reinstatement, respondent's disbarment will not begin to run until such time as he files an affidavit that fully complies with the requirements of D.C. Bar R. XI, § 14(g).

**PER CURIAM**